United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA IZAGUIRRE HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01256 |
| | § | |
| JOSEPH EDLOW, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is Plaintiffs' Notice of Dismissal Under Federal Rules of Civil Procedure 41(a) (the "Notice") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. #10. IT IS, THEREFORE, ORDERED that all claims and causes of action in this litigation are DISMISSED WITHOUT PREJUDICE. All pending motions are denied as moot.

The Clerk of Court is DIRECTED to close this case.

It is so ORDERED.

MAY 2 7 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge